UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NELSON, JR., | No. 2:19-cv-1841 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a former county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By Findings and Recommendations filed November 18, 2019, the undersigned recommended that this action be dismissed without prejudice because plaintiff failed to file an amended complaint. ECF No 7. Plaintiff objected to the findings and recommendations, asserting that he had filed an amended complaint as directed. ECF No. 8. On January 22, 2020, the Clerk of the Court entered plaintiff's first amended complaint, which had been inadvertently filed as a new action on November 8, 2019. ECF No. 9. The November 18, 2019 Findings and Recommendations will therefore be vacated. However, the court recently received a notice from the Sacramento County Jail stating that plaintiff was released from custody on November 18, 2020, ECF No. 10, and plaintiff has not yet filed a notice of change address.[1]

---

[1] The Sacramento County Jail's inmate locator also indicates that plaintiff is no longer in custody.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The November 18, 2019 findings and recommendations, ECF No. 7, are VACATED.

2. Within fourteen days of the service of this order, plaintiff shall file a notice of change of address or notify the court that he is still in the custody at the Sacramento County Jail. Failure to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: January 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2