1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES NELSON, JR.,                         No.  2:19-cv-1841 MCE AC P

12                 Plaintiff,

13         v.                                     FINDINGS & RECOMMENDATIONS

14    SACRAMENTO COUNTY, et al.,

15                 Defendants.

16

17         On December 7, 2020, the court received a notice from the Sacramento County Jail stating

18    that plaintiff had been released from custody on November 18, 2020.  ECF No. 10.  On January 4,

19    2021, plaintiff was ordered to file a notice of change of address or notify the court that he was

20    still in custody within fourteen days, and was warned that failure to do so would result in a

21    recommendation that this action be dismissed without prejudice.  ECF No. 11.  Plaintiff has not

22    responded to that order.  Moreover, although it appears from the file that plaintiff's copy of the

23    order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the

24    court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of

25    documents at the record address of the party is fully effective.

26         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

27    prejudice for failure to prosecute.  See L.R. 183(b).

28    ////

                                               1

1    These findings and recommendations are submitted to the United States District Judge

2    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3    after being served with these findings and recommendations, plaintiff may file written objections

4    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

5    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

6    time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

7    (9th Cir. 1991).

8    DATED: February 4, 2021

9    _____

10   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2